UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      Petitioner,

v.   Case No: 6:14-mc-2-Orl-36KRS

**HERBERT L. HALL,**

      Respondent.
_____/

## ORDER OF REFERRAL TO THE MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Petition to Enforce Internal Revenue Service Summons (Doc. 1) is hereby **REFERRED** to Magistrate Judge Karla R. Spaulding who shall enter an order or submit a report and recommendation as to the appropriate disposition of this matter.

**DONE AND ORDERED** in Orlando, Florida on January 13, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Magistrate Judge Karla R. Spaulding
Counsel of Record and Unrepresented Parties, if any